1  David Seror (State Bar No. 67488)
   9401 Wilshire Blvd. 9th Floor
2  Beverly Hills, CA 90212-2974
   Telephone:    (310) 281-6361
3  Facsimile: (310) 887-6856

4  Chapter 7 Trustee

5

6           UNITED STATES BANKRUPTCY COURT
            CENTRAL DISTRICT OF CALIFORNIA
7           SAN FERNANDO VALLEY DIVISION

8

9  In re:                              ) Case No. 1:08-11036-MT
                                       )
10 PACIFIC MARKETING WORKS INC         ) Chapter 7
                                       )
11         Debtor.                     ) NOTIFICATION OF ASSET CASE
                                       )
12                                     )
                                       )
13                                     ) {No Hearing Required}
                                       )
14 ─────────────────────────────────────

15     TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY

16 COURT:

17     David Seror, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy

18 case, after reviewing the case docked and file and determining that no claims bar date has been

19

20 fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets will be

21 administered in the above-captioned case and appropriate notice be given to creditors to file

22 claims.

23

24 Dated: April 7, 2009

25                                                      _____
                                                        DAVID SEROR
26                                                      Chapter 7 Trustee

27

28