United States Bankruptcy Court
Central District of California

In re:                                                                                   Case No. 08-11036-MT
Pacific Marketing Works Inc                                                              Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1          User: jwilliams              Page 1 of 6                   Date Rcvd: Jul 26, 2011
                              Form ID: pdf001              Total Noticed: 313

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2011.
```
db         +Pacific Marketing Works Inc,    2221 E Olympic Blvd,    Los Angeles, CA 90021-2521
aty        +Dale J Park,    3345 Wilshire Blvd #810,    Los Angeles, CA 90010-1819
aty        +Paul Brent,    Steinberg, Nutter & Brent,    23801 Calabasas Rd. #2031,    Calabasas, CA 91302-3316
aty        +Randall C Fink,    Law Offices of Randall Carlyle Fink,    1880 Century Pk E Ste 300,
             Los Angeles, CA 90067-1631
smg         Franchise Tax Board,    Bankruptcy Section MS: A-340,    P. O. Box 2952,
             Sacramento, CA 95812-2952
smg         Los Angeles City Clerk,    P. O. Box 53200,    Los Angeles, CA  90053-0200
cr         +Center Bank,    Credit Administration Dept.,    3435 Wilshire Blvd., Suite 700,
             Los Angeles, CA 90010-1908
cr         +PATH PRODUCTIONS LLC,    C/O HERZLICH & BLUM LLP,    15760 VENTURA BLD #2024,
             ENCINO, CA 91436-3002
20590531   +103 SECOND AVE 2D,    NEW YORK NY 10003-8387
19912931    A T AND T MOBILITY,    PO BOX 60017,    LOS ANGELES CA  90060-0017
19912932   +ACAPULCO SCREEN PRINTING,    1559 E ST GERTRUDES P1,    SANTA ANA CA 92705-5309
19912933    ACCORD BUSINESS CREDIT INC,    77 BLOOR ST WEST,    18TH FLOOR,    TORONTO ONTARIO M5S 1M2
20590362   +ADRIAN JOHNSON,    218 ORELAND MILL ROAD,    ORELAND PA 19075-1604
19912934   +ADT SECURITY SYSTEM,    14200 EAST EXPOSITION AVE,    AURORA CO 80012-2540
20590365    ALEX RICH,    27 SAINT DAVIDS PARK,    WATER STREET MARGAM,    PORT TALBOT SA132PU UK
19912936   +ALS ATTIRE,    1314 GRANT AVENUE,    SAN FRANCISCO CA 94133-3904
19912937   +AMEICO,    1 CHURCH STREET,    NEW MILFORD CT 06776-3003
19912938   +AMERICAN APPAREL,    747 WAREHOUSE ST,    LOS ANGELES CA 90021-1106
19912939   +AMERICAN BAG DESIGN,    2514 W MACARTHUR BLVD L,    SANTA ANA CA 92704-7106
19912940    AMERICAN EXPRESS,    PO BOX 0001,    LOS ANGELES CA  90096-0001
19912941   +ANDREW GOODMAN,    200 N WESTLAKE BLVD 202,    WESTLAKE VILLAGE CA CA 91362-3775
20590368   +ANDY DAVIS,    PO BOX 586,    CARDIFF BY THE SEA CA 92007-0586
20590369   +ANDY MUELLER,    4866 LINCOLN AVE,    LOS ANGELES CA 90042-1608
20590372    ANTONIO JOAO SALOMONE DE PAIVA,    BOTANICO,    22461-070 RIO DE JANEIRO RJ,    BRAZIL
20590374   +ARKITIP,    ATTENTION SCOTT ANDREW SNYDER,    PO BOX 4108,    HOLLYWOOD CA 90078-4108
19912942    ASCOM HASLER/GE CAP PROG,    PO BOX 802585,    CHICAGO IL  60680-2585
20590375   +ASH FRANCOMB / KRIS BOLINE,    319 N GRANADOS AVE,    SOLANA BEACH CA 92075-1212
20590376    ASHA KILGALLEN MCGEE FUND,    PO BOX 410471,    SAN FRANCISCO CA  94141-0471
19912943    AT&T,    PAYMENT CENTER,    SACRAMENTO CA  95887-0001
19912945   +AUS-TEX,    PO BOX 637 400 W CHURCH ST,    GREENVILLE TN 37744-0637
20047721    American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
20131795   +Ascom Hasler/ GE- Capital Prog,    1010 Thomas Edison Blvd SW,    Cedar Rapids IA 52404-8247
20590379   +BANC OF AMERICA LEASING,    PO BOX 371992,    PITTSBURGH PA 15250-7992
20590381    BARRY MCGEE,    PO BOX 410471,    SAN FRANCISCO CA  94141-0471
20590382    BAUHAUS ARCHIV,    ATTENTION DAGMAR SEYDELL,    KLINGELHOFERSTRABE 14,    BERLIN 10785 GERMANY
19912947   +BEAMS CO LTD,    C/O,    2221 E OLYMPIC BLVD,    LOS ANGELES CA 90021-2521
19912948   +BERLIN GLOVE MIDWESTERN LLC,    150 W FRANKLIN ST,    PO BOX 230,    BERLIN WI 54923-0230
19912949    BISON DESIGNS LLC,    PO BOX 1116,    ENGLEWOOD CO  80150-1116
19912950    BLUE CROSS OF CALIFORNIA,    PO BOX 54630,    LOS ANGELES CA  90054-0630
20590384    BOB KRONBAUER,    501 PACIFIC BLVD STE 3008,    VANCOVER BC V6Z 2X6,    CANADA
19912951    BRAVE LEATHER LTD,    72 WINGOLD AVE,    TORONTO ON CANADA M6B 1P3
20590386   +BRYAN COLLINS,    621 MEEKER AVE 2R,    BROOKLYN NY 11222-5063
20590387   +BUCK DESIGN INC,    ATTENTION NICK TERZICH/JULIE LINM,    515 W 7TH ST,    LOS ANGELES CA 90014-2505
20590388    BURO DESTRUCT/MARC BRUNNER,    WASSERWERKGASSE 7,    3011 BERN,    SWITZERLAND
19912952   +BY BOE LTD,    636 BROADWAY,    NEW YORK CITY NY 10012-2607
20590389    C100/CHRISTIAN HUNDERTMARK,    CLAUDE-LORRAIN-STRABE 7 RGB,    81543 MUNICH,    GERMANY
19912953   +CALIFORNIA CLOCK CO,    PO BOX 9901,    FOUNTAIN VALLEY CA 92728-0901
19912954   +CALIFORNIA RAIN,    1213 E 14TH ST,    LOS ANGELES CA 90021-2215
20024127   +CANDIAN SWEATER COMPANY,    C/O HOUSE OF ADJUSTMENTS INC,    PO BOX 780,
             MAMARONECK, NY 10543-0780
19912955    CANDIAN SWEATER COMPANY,    39-8528 123RD STREET,    SURREY BC CANADA V3W3V
20590390    CARL NYMAN,    SAMTINGSGATAN 37B,    645 34 STRANGNAS,    SWEDEN
20590391   +CATARINA LEITAO,    22 CHARLES ST 2,    NEW YORK NY 10014-3048
19912956   +CATSTUDIO,    1340 INDUSTRIAL AVENUE A,    PETALUMA CA 94952-6516
19963495    CENTER BANK,    C/O STEVEN POLARD,    1620 26TH ST 6TH FL S TOWER,    SANTA MONICA, CA  90404-4013
19912957   +CENTER BANK,    2222 W OLYMPIC BLVD,    LOS ANGELES CA 90006-2167
20590392   +CHAMPION GRAPHICS,    ATTENTION GEOFF MCFETRIDGE,    3003 GLENDALE BLVD,
             LOS ANGELES CA 90039-1803
20590393    CHRIS HOPKINS,    1-21-17 406 MINAMI OGIKUBO,    SUGINAMI-KU,    TOKYO 167-0051 JAPAN
20590394   +CHRIS JOHANSEN,    6209 NE 7TH AVE,    PORTLAND OR 97211-3754
19912958    CIT TECHNOLOGY FIN SERV INC,    PO BOX 100706,    PASADENA CA  91189-0706
20028634   +CIT Technology Financing,    c/o Weltman Weinberg & Reis Co LPA,    175 S. Third Street, Suite 900,
             Columbus, OH 43215-5166
19912959   +COASTAL PRINTWORKS INC,    7344 HINDS AVE,    NORTH HOLLYWOOD CA 91605-3703
19912960   +COMPUTER EXPRESSIONS INC,    3500 SCOTTS LANE,    PHILADELPHIA PA 19129-1836
19912961    CONTINENTAL BUSINESS CREDIT,    PO BOX 60288,    LOS ANGELES CA  90060-0288
19912962   +COZEN OCONNOR,    1900 MARKET ST,    PHILADELPHIA PA 19103-3572
19912963   +CUSTOM PRODUCTS MFG INC,    14755 AETNA STREET,    VAN NUYS CA 91411-2798
20590397   +CWC INTERNATIONAL INC,    611 BROADWAY SUITE 730,    NEW YORK NY 10012-2649
```

```
District/off: 0973-1           User: jwilliams             Page 2 of 6                  Date Rcvd: Jul 26, 2011
                               Form ID: pdf001             Total Noticed: 313

20235723     +Center Bank,    c/o Steven G Polard,    Perkins Coie LLP,    1620 26th St, South Tower,
               Santa Monica, CA 90404-4013
23827214      Center Bank,    Attn In Sung Park,    Credit Administration Dept,    3435 Wilshire Blvd Ste 700,
               Los Angeles CA 90010-1908
20106035      Chase Bank USA, NA,     PO BOX 15145,    Wilmington, DE 19850-5145
20677070     +City of Los Angeles,     Office of Finance,    Tax/Permit Div., Bankruptcy Unit,
               201 N Main St Rm 101 - City Hall,    Los Angeles CA 90012-4108
20590398      DAMIEN POULAIN,    17 SHEPTON HOUSES WELWYN ST,     13 CRICKETFIELD R,    LONDON E2 OJN UK
20590399     +DANIEL JOHNSTON,    DICK JOHNSTON,    6117 MAGNOLIA,     KATY TX 77493-1108
19912964     +DAVID HAGEN,    16830 VENTURA BLVD 500,    ENCINO CA 91436-1717
20590400     +DAVID MATTHEW OWENS,     654 METROPOLITAN AVE 3,    BROOKLYN NY 11211-3608
19912965     +DECOR-CRAFT,    275 WESTMIISTER STREET 555,    PROVIDENCE RI 02903-3434
20590403     +DEMO/JUSTGIN FINES,    670 FULTON ST 4F,    BROOKLYN NY 11217-1557
20590404     +DENNIS KANE,    219 EAST 2ND ST FI2E,    NEW YORK NY 10009-8066
20238816     +DHL Express (USA),     POB 670227,    Houston TX 77267-0227
20590405     +DISCTRIBUTION CORP,    ATTENTION DAVE DENNIS,    16 MANHATTAN AVE F,    BROOKLYN NY 11206-3900
20590406     +DONALD BAECHLER,    129 W 27TH ST 2ND FL,    NEW YORK NY 10001-6265
20051086     +DONALD S LEONARD,    1370 BROADWAY 3RD FLR,    NEW YORK NY 10018-7302
19912968      DYNASTY,    2765 16TH STREET,    SAN FRANCISCO CA 94103-4215
19912969     +DYNOMIGHTY DESIGN INC,     18 BRIDGE STREET STUDIO 4G,    BROOKLYN NY 11201-1103
19912970     +E&B GIFTWARE LLC,    PO BOX 951305,    CLEVELAND OH 44193-0011
19912971      EDDIE THE ELEPHANT LLC,    8663 VENICE BLVD,    LOS ANGELES CA  90034-2531
20590407     +EDWARD TAYLOR,    C/O SOFT GOLD,    511 CANAL ST 4 FL,    NEW YORK NY 10013-1301
19912972     +ERICA ANENBERG,    4510 HASKELL AVENUE,    ENCINO CA 91436-3148
20590408      ETSU MEUSY,    1005-7077 BERESFORD ST,    BURNABYBC V5E4J5 CANADA
20590409      EXPERIMENTAL JETSET,     DANNY VAN DEN DUNGEN,    JAN HANZENSTRAAT 37 1ST F1 1053,
               AMSTERDAM NETHERLAND
19912974     +FASHION AND FIRE,    11912 B HWY 290W,    AUSTIN TX 78737-2813
20011025     +FEDEX CUSTOMER INFORMATION SERVICE,     ATTN: REVENUE RECOVERY/BANKRUPTCY,
               3965 AIRWAYS BLVD MODULE G 3RD FL,    MEMPHIS, TN 38116-5017
20590410      FLAG/AUBRY/BROQUARD,    PFINGSTWEIDSTR 31B,    CH-8005 ZURICH,    SWITZERLAND
20590411     +FLORENCIO ZAVALA,    1227 S CENTRAL AVE 112,    GLENDALE CA 91204-2523
19912976     +FRED,    30 MARTIN STREET,    CUMBERLAND RI 02864-5321
19912977     +FRENCH WEST INC,    2140 E 25TH ST,    VERNON CA 90058-1126
19912978     +FUZZY NATION LLC,    59 OLDE LAFAYETTE VILLAGE,    LAFAYETTE NJ 07848-3200
24776006      Franchise Tax Board,     PO Box 2952,    Sacramento, Ca 95812-2952
19912980      G M A C COMMERICAL CREDIT LLC,    C/0 CHRIS STONE,    PO BOX 848281,    DALLAS TX  75284-8281
19912979      G M A C COMMERICAL CREDIT LLC,    PO BOX 848281,    DALLAS TX  75284-8281
19912981     +GARA DANIELLE,    8205 SANTA MONICA BLVD 298,    LOS ANGELES CA 90046-5967
20590413     +GARLAND LYN,    659 CARROLL STREET 4,    BROOKLYN NY 11215-2033
19912982      GE CAPITAL,    PO BOX 31001-0271,    PASADENA CA  91110-0271
20590415      GENEVIEVE GAUCKLER,    159 QUAI DE VALMY,    75010 PARIS,    FRANCE
19912983      GINGHAM JAPAN,    2-1-9-4F DAIMYO CHUO-KU,    FUKUOKA 810-0041 JAPAN
19912984      GINGHAM USA,    1-7-14 TOYOHAMA NISHI-KU,    FUKUOKA JAPAN 819-0014
20405394     +GMAC,   PO BOX 130424,    ROSEVILLE MN 55113-0004
19912985     +GMAC,    PO BOX 380902,    BLOOMINGTON MN 55438-0902
20126769     +GMAC COMMERCIAL FINANCE,    ATTN CRAIG GALLETTO,    1290 AVE OF THE AMERICAS 3RD FL,
               NEW YORK, NY 10104-0300
19912986     +GOLDEN COAST SPORTSWEAR INC,    1140 E HOWELL AVE,    ANAHEIM CA 92805-6452
20590417     +GRAPHIC HAVOC,    ATTENTION INDIRA CRUZ,    184 KENT AVE 311,    BROOKLYN NY 11249-3118
19912987     +GREENBERG AND BASS LLP,    16000 VENTURA BLVD SUITE 1000,     ENCINO CA 91436-2762
19912988     +GREENBERG TRAURIG LLP,    2450 COLORADO AVE 400E,    SANTA MONICA CA 90404-5524
20116462     +General Electric Capital Corp.,     1010 Thomas Edison Blvd SW,    Cedar Rapids, IA 52404-8247
20590418      H&B FASHION DISTRIBUTORS,    49-51 STEWART STREET,    RICHMOND 3121,    VICTORIA AUSTRALIA
19912989     +H2O LAB INC,    2630 HUMBOLDT STREET,    LOS ANGELES CA 90031-1823
19912990     +HAENG BOK CHA,    21241 SPURNEY LANE,    HUNTINGTON BEACH CA 92646-7243
19912991      HANA FINANCIAL INC,    PO BOX 50516,    LOS ANGELES CA  90074-0516
22928591     +HARRY'S DYE AND WASH INC,    LAW OFFICES OF DALE J PARK,     3345 WILSHIRE BLVD STE 810,
               LOS ANGELES CA 90010-1819
19912993     +HARRYS DYE AND WASH,    1015 E ORANGETHORPE AVE,    ANAHEIM CA 92801-1135
20590419     +HARSH PATEL,    3559 SAWTELLE BLVD 7,    LOS ANGELES CA 90066-2934
20590420      HARUMI KUSHINAGA,    1-4-20 A-303 TANI CHUO-KU,    FUKUOKA 810-0031,    JAPAN
19912994     +HEATH CERAMICS LTD,    400 GATE 5 ROAD,    ATTN LISA BOOKSTEIN,    SAUSALITO CA 94965-2807
20590421     +HEATH CERAMICS LTD,    400 GATE 5 ROAD,    SAUSALITO CA 94965-2807
19912995     +HILLDUN CORPORATION,    225 W 35TH STREET,    NEW YORK NY 10001-1910
19912996     +HOG WILD INC,    221 SE MAIN STREET,    PORTLAND OR 97214-3323
19912997     +HOUSE OF MARBLES,    PO BOX 5814,    HILLSBOROUGH NJ 08844-5814
20590422     +HUNTERGATHERER,    ATTENTION TODD ST JOHN,    191 CHRYSTIE ST 3RD FLOOR,    NEW YORK NY 10002-1261
19912998     +HYPE HANDBAGS,    PO BOX 850,    EDISON NJ 08818-0850
19912999      IDIKA,    PO BOX 584,    VANCOUVER BC V6J 1L8 CANADA
19913000     +IMAGE EXCHANGE,    1434 SIXTH ST 5,    SANTA MONICA CA 90401-2541
20590423      INCU PTY LTD - THE STRAND ARCADE,     SUITE 309 412-313 GEORGE ST,    SYDNEY NSW 2000,    AUSTRALIA
19913001     +INK ON PAPER,    12328 VENICE BLVD,    W LOS ANGELES CA 90066-3802
20590424     +INTER- TEL,    PO BOX 53240,    PHOENIX AZ 85072-3240
19913002      INTER-TEL LEASING INC,    PO BOX 973105,    DALLAS TX  75397-3105
20205609     +Inter-Tel Leasing, Inc,    1140 West Loop North,    Houston, TX 77055-7218
23080444     +JANET ANDREA,    MANAGING ASSOC GENERAL CNSL,    WELLPOINT INC,    21555 OXNARD ST FIRST FL,
               WOODLAND HILLS CA 91367-4943
20590425     +JANETTE BECKMAN,    30 BOND STREET,    NEW YORK NY 10012-2452
20590427     +JASON ROBINSON,    9446 BRANDON CT,    NORTHRIDGE CA 91325-2300
```

```
District/off: 0973-1          User: jwilliams              Page 3 of 6           Date Rcvd: Jul 26, 2011
                              Form ID: pdf001              Total Noticed: 313

19913003     +JB HILL BOOT COMPANY LTD,   335 N CLARK DRIVE,    E1 PASO TX 79905-3135
20590429      JO FLYNN,   FLAT 4 13 BROADWAY MARKET,    LONDON ES 4PH UK
20590430     +JO JACKSON,   6209 NE 7TH AVE,    PORTLAND OR 97211-3754
19913004     +JOHN AMIS,   11875 JUNIETTE ST,    CULVER CITY CA 90230-6227
20590431      JOSH PETHERICK,   WORLD FOOD LEVEL 4 MITCHELL HOUSE,    358 LONSDALE ST MELBOURNE 3000,
               AUSTRALIA
20590433      JULIAN GOSSET,   ESC 6 64 RUE HAXO,    75020 PARIS,    FRANCE
20590434      JUN HISAMATSU,   3-13-2-203 NERIMA NERIMA-KU,    TOKYO 176-0001,    JAPAN
20590435     +JUSTIN THOMAS KAY,   UPNORTH,    621 METROPOLITAN AVE APT 1B,    NEW YORK NY 11211-3671
20590436      KAIKAI KIKI CO LTD/MASAKO IIDA,    MARUNUMA ART PARK 493 KAMIUCHIMAGI,
               ASAKA-SHI SAITAMA 351-0001,    JAPAN
19913006     +KANE INDUSTRIAL PROPERTIES,    2275 EAST 37TH ST,   LOS ANGELES CA 90058-1427
20590437     +KARIN HAYES / AHC PRODUCTIONS,    333 E 14TH ST 14-N,    NEW YORK NY 10003-4274
20590438      KAYOKO KOMATSU/SHIGOTOBA LTD,    6-61-3-603 SENDAGAYA SHIBUYA-KU,    TOKYO 151-0051,    JAPAN
19913008     +KENNETH SCHWARTZ,   21031 VENTURA BLVD 1200,    WOODLAND HILLS CA 91364-2229
20590440      KENSEI YABUNO,   3-29-3-502 NAKANO NAKANO-KU,    TOKYO 164-0001,    JAPAN
20590442     +KEVIN LYONS,   8709 NAVAJO ST,    PHILADELPHIA PA 19118-3706
20448270      KIKKERLAND DESIGN INC,   423-427 W 127TH ST 3RD FL,     NEW YORK NY 10027
19913009      KIKKERLAND DESIGN INC,    PO BOX 30892,   C/O JP MORGAN CHASE LOCKBOX,    NEW YORK NY  10087-0892
20590443      KORNER UNION/GUY MELDEM,    CHEMIN DENTRE BOIS 26,    1018 LAUSANNE,    SWITZERLAND
19913010     +KRISNATIONS,   2828 FILBERT ST 6,    OAKLAND CA 94608-4564
20590444      KUNTZEL DEYGAS/FLORENCE DEYGAS,    96 RUE DU POTEAU,    75018 PARIS,    FRANCE
19913011      KYOKI SHITARA,   4-16-12 KITASHINJUKU,    SHINJUKU-KU TOKYO JAPAN
22899619      LA County Treasurer & Tax Coll,    POB 54110,    Los Angeles CA 90054-0110
20590445     +LADCO LEASING,   PO BOX 5029,    THOUSAND OAKS CA 91359
20590446     +LADO,   PO BOX 5029,    THOUSAND OAKS CA 91359
20590447     +LAUEN GIORDANO,   C/O TOM DOLLE DESIGN,    89 FIFTH AVE SUITE 310,    NEW YORK NY 10003-3020
20590448     +LAUREN GIORDANO,   C/O TOM DOLLE DESIGN,    89 FIFTH AVE SUITE 301,    NEW YORK NY 10003-3020
19913012     +LAUREN MOSHI LLC,   2051 HOEFNER AVE,    COMMERCE CA 90040-1582
20590449     +LAWRENCE WEINTER,   297 W 4TH ST,    NEW YORK NY 10014-2207
20417766     +LECG LLC,   2000 POWELL ST 6TH FL,    EMMERYVILLE CA 94608-1804
19913013     +LEE ANN HERREID DBA INDIVIDUAL ICON,    PO BOX 5,    WARREN RI 02885-0005
20590450      LEE PENNINGTON,   332B LADBROKE GROVE,    LONDON W10 5AH UK
20227718     +LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR,     PO BOX 54110,   LOS ANGELES, CA 90054-0110
20590451     +LOUIE DEVIOT,   915-B PARK AVE,    COLLINGSWOOD NJ 08108-3234
20590452     +LOUIE DEVITO,   915-B PARK AVE,    COLLINGSWOOD NJ 08108-3234
20590453      LUCA IONESCU,   UNIT 12/65A ELIZABETH BAY RD,    ELIZABETH BAY 2011 SYDNEY,    AUSTRALIA
19913015     +LUCAS DESIGN INTERNATIONAL,    2520 W 6TH STREET,   LOS ANGELES CA 90057-3174
19913016     +LUCKY BEGGAR INC,   PO BOX 20411,    NEW YORK NY 10011-0004
20590454     +LUXURY DARKLY,   ATTENTION GUILLAUME WOLF,    420 S SAN PEDRO ST 513,    LOS ANGELES CA 90013-2197
20291731     +Law Offices of Dale J. Park,    3345 Wilshire Blvd, Ste 810,    Los Angeles CA 90010-1819
20590455      M/M ATTENTION MICHAEL AMZALAG,    5-7 RUE DES RECOLLETS,    CODE A  6402 - RDC FD COUR 75010
19913017      MADE BY HUMANS,   201-1675 WEST 4TH AVENUE,    VANCOUVER BC V6J 1L8 CANADA
20590457     +MARC ATLAN,   434 CARROLL CANAL,    VENICE CA 90291-4682
20590458     +MARIE GARDESKI,   3340 17TH AVE 3,    MINNEAPOLIS MN 55407-2495
20590459      MARIO GUAY,   10 CITE GERMAIN PILON,    75018 PARIS,    FRANCE
20590460     +MARIO HUGO GONZALEX,   111 WORTH ST 16 D,    NEW YORK NY 10013-4032
20590461     +MARK HAGEN,   827 EAST KENSINGTON RD,    LOS ANGELES CA 90026-4428
20590463      MASAYOSHI KAWASAKI,   1-7-14 TITIHANMA NISHI-KU,    FUKUOKA 819-0014,    JAPAN
19913018      MERCEDES-BENZ FINANCIAL,    PO BOX 9001921,    LOUISVILLE KY  40290-1921
19913019      MERCEDES-BENZ FINANCIAL,    PO BOX 9001680,    LOUISVILLE KY  40290-1680
20590468     +MICHAEE LEON/STACKS,   PO BOX 18239,    PORTLAND OR 97218-0239
19913020     +MICHAEL AND NICOLE COLOVOS,    C/O D DEL CIELO,    80 NORTH FIRST STREET,    SAN JOSE CA 95113-1201
20590465     +MICHAEL LEON,   PO BOX 18239,    PORTLAND OR 97218-0239
20590466     +MICHAEL ONEAL,   826 COLE ST 4,    SAN FRANCISCO CA 94117-3908
19913021      MICHIO DEJIMA,   1870-6-605 MANAZURU MANAZURUCHO,    KANAGAWA 259-0201 JAPAN
19913022     +MIKE AND CHRIS,   834 S BROADWAY 2ND FLOOR,    LOS ANGELES CA 90014-3501
20590469     +MIKE JOYCE/STEREOTYPE DESIGN,    39 JANE ST 4A,   NEW YORK NY 10014-6127
19913023     +MILLER BARONDESS,   1999 AVENUE OF THE STARS 1000,    LOS ANGELES CA 90067-4632
19913024     +MINNETONKA MOCCASIN CO INC,    1113 E HENNEPIN AVENUE,    MINNEAPOLIS MN 55414-2396
20590472     +MISAKI KAWAI,   70 WYCKOFF AVE 2L,    BROOKLYN NY 11237-3382
20590473      MISHA HOLLENBACH,   SHOP 1 20 CHATHAM ST,    PRAHRAN VICTORIA 3181,    AUSTRALIA
19913025     +MISS DAVENPORTE,   661 N HARPER AVENUE 201,    LOS ANGELESC CA 90048-2253
19913026     +MISSION IMPRINTABLES,    6060 BUSINESS CENTER CT 200,    SAN DIEGO CA 92154-6625
19913027     +MOL LOGISTICS,   1845 WEST 205TH ST 200,    TORRANCE CA 90501-1510
19913028     +MR KAWADA,   GREENBERG TRAURIG,    2450 COLORADO AVE 400E,    SANTA MONICA CA 90404-5524
20590474      MR TAKASHI MURAKAMI,   MARUNUMA GEIJUTSU-NO-MORI,    493 KAMI-UCHIMAKI ASAKA-SHI,    351-0001 JAPAN
19913029     +MULHOLLAND,   190 NAPOLEON STREET,    SAN FRANCISCO CA 94124-1016
20590475      MUSTONE/TASHA HISHA,   MR NAOTO MORI/TASHA HISHA CO LTD,    3-43-30-305 HORINOUCHI SUGINAMI-K,
               TOKYO 166-0013 JAPAN
19913030     +MYNE,   112 W 9TH STREET 526,    LOS ANGELES CA 90015-1559
23901242     +Mitel Technologies, Inc.,    7300 W Boston St,   Chandler AZ 85226-3229,    Attn: Diana Cline
20590476     +NAMASTE USA,   860 S LOS ANGELES ST,    LOS ANGELES CA 90014-3311
20590477     +NAT FINKELSTEIN,   270 FRANKLIN ST,    BROOKLYN NY 11222-1037
19913031     +NEW FASHION PRODUCTS INC,    13344 SOUTH MAIN ST SUITE B,    LOS ANGELES CA 90061-1638
19913032     +NEW POWER GENERATION CORPORTION,    1031 SO BROADWAY 1042,    LOS ANGELES CA 90015-4016
20590478     +NICK EGAN,   ROMANVISION INC,    PO BOX 32148,   BELLINGHAM WA 98228-4148
20590479     +NICK NEUBECK,   2647 21ST STREET,    SAN FRANCISCO CA 94110-2829
19913033     +NICLOLE INC,   3430 S BROADWAY,    LOS ANGELES CA 90007-4409
19913034      NISSIN INT1 TRANSPORT,    1590 WEST 190TH ST,   TORRANCE CA  90501
```

```
District/off: 0973-1          User: jwilliams              Page 4 of 6               Date Rcvd: Jul 26, 2011
                              Form ID: pdf001              Total Noticed: 313

19913035      +NISSIN INTERNATIONAL TRANSPORT,    1540 WEST 190TH STREET,     TORRANCE CA 90501-1121
19913036      +NUOP,    310 EAST 46TH ST 9C,    NEW YORK NY 10017-3041
19913037       OCS AMERICA INC,    PO BOX 7777,    PHILADELPHIA PA 19175-0058
20590482       OPTIGAN,    ATTENTION LUTSEN STELLINGWERFF,    MEYERBEERSTRAAT 23 5654 HX EINDHO,    NETHERLANDS
20590484      +PACIFIC APPAREL SYSTEMS,    LICENSE 355,    12459 W WASHINGTON BLVD,    LOS ANGELES CA 90066-5511
20590483      +PACIFIC APPAREL SYSTEMS,    LICENSE 356,    12459 W WASHINGTON BLVD,    LOS ANGELES CA 90066-5511
20590485      +PACIFIC APPAREL SYSTEMS LICENSE 3,    12459 W WASHINGTON BLVD,    LOS ANGELES CA 90066-5511
19913039      +PACIFIC COAST BACH LABEL COMPANY,    1019 SOUTH SANTA FE AVENUE,    LOS ANGELES CA 90021-1740
20590486       PAGESONLINE PTY LTD/MELANIE D NE,    SUITE 10 LEVEL 2 35 BUCKINGHAM ST,    SURRY HILLS NSW 2010,
                AUSTRALIA
20590488       PHUNK STUDIO/WILLIAM CHAN,    287 RIVER VALLEY RD,    238328,    SINGAPORE
19913040      +PORSCHE FINANCIAL SERVICES,    4343 COMMERCE CT 300,    LISLE IL 60532-3616
19913041       PORSCHE PAYMENT CENTER,    PO BOX 740724,    CINCINNATI OH 45274-0724
19913042       PRIME BUSINESS CREDIT INC,    PO BOX 92745,    LOS ANGELES CA 90009
19913044      +PROMOTIONAL GRAHICS,    1730 CORDOVA ST,    LOS ANGELES CA 90007-1129
19913045      +PROMPT APPAREL INC,    101-O1 FOSTER AVENUE,    BROOKLYN NY 11230
19913046      +PUBLIC STORAGE,    649 BOYLE AVE,    LOS ANGELES CA 90023-1268
20352124      +Path Productions LLC;,    Michael Colovos; Nicole Colovos,    c/o Herzlich & Blum,
                15760 Ventura Blvd Ste 2024,    Encino CA 91436-3002
19913047      +R C FINK,    1880 CENTURY PARK EAST 300,    LOS ANGELES CA 90067-1631
19913048      +RADCLIFFE AND SAIKI,    3480 TORRANCE BLVD 110,    TORRANCE CA 90503-5813
20590491       RADIO/YOSHINOBU TAJIMA,    SHIBUYA-KU,    TOKYO 150-0001,    JAPAN
20590490       RADIO/YOSHINOBU TAJIMA,    A2 MAPLE HOUSE 4-8-6 JINGUMAE,    SHIBUYA-KU TOKYO 150-0001,    JAPAN
19913049      +RANDALL FINK,    1880 CENTURY PARK EAST,    LOS ANGELES CA 90067-1600
19913051       RETRO 1951 INC,    PO BOX 852980,    RICHARDSON TX 75085-2980
20590493       RICHARD PRINCE,    151 RIGHTER ST,    RENSSELAEVILLE NY 12147
20590494       RICK MYERS,    6 VICTORIA ROAD NORTHENDEM,    MANCHESTER M22 4JP
20590495       RINZEN PTY LTD/RILLA ALEXANDER,    PO BOX 1729,    NEW FARM QLD 4005,    AUSTRALIA
19913053      +RON BOYD,    HCR 65 BOX 42,    OJO SARCO NM 87521-9602
19913054      +ROSENTHAL AND ROSENTHAL INC,    PO BOX 88926,    CHICAGO IL 60695-1926
20590497      +RYAN WALLER,    303 DOUGLASS ST 4,    BROOKLYN NY 11217-4506
19913057      +S KIP HOP,    146 W 29TH STREET 8TH FLOOR,    NEW YORK NY 10001-5303
19913055      +SANTA FE STONEWORKS,    PO BOX 29268,    SANTA FE CA 87592-9268
20590498      +SCOTT GRIEGER,    1625 SHELL AVE,    VENICE CA 90291-3856
20590499      +SCOTT HERSKOVITZ,    2463 E WOODLYN RD,    PASADENA CA 91104-3447
20590500       SEBASTIEN ROUX,    65 RUE DE WAZEMMES,    LILLE 5900,    FRANCE
20590501       SEIJI AMINAKA,    306 16-12 SINSEN-CHO SHIBUYA-KU,    TOKYO 150-0045,    JAPAN
19913056      +SIR ALISTAIR RAI,    525 E BASELINE ROAD 108,    GILBERT AZ 85233-1225
20590504      +SKIP HOP,    146 W 29TH STREET 8TH FLOOR,    NEW YORK NY 10001-5303
19913058       SOJITZ CORP,    1-20 AKASAKA 6-CHOME,    MINATO-KU TOKYO JAPAN 107-86
20590505       SOPHIE TOPORKOFF,    15 RUE MARTEL,    75010 PARIS,    FRANCE
20590506       STEFAN MARX,    STRESEMANNSTRASSE 110,    22769 HAMBURG,    GERMANY
19913060      +STEVE MARTINO AND ASSOC,    127 EAST 9TH ST 906,    LOS ANGELES CA 90015-1739
20590507      +STEVE NISHIMOTO,    80 VARICK ST 3F,    NEW YORK NY 10013-1923
19913061      +STUFFED ANIMAL HOUSE,    2150 PEACE PORTAL DRIVE,    BLAME WA 98230-9192
20590508      +SUSAN CIANCIOLO,    131 WATTS ST 4,    NEW YORK NY 10013-1755
19913062      +SWAHILI IMPORTS INC,    388 E 3RD AVENUE,    EUGENE OR 97401-2402
20590509      +SYRUP INC,    ATTENTION ROBERT M HOLZER,    476 BROOME ST SUITE 6C,    NEW YORK NY 10013-2221
20621679       State of California,    Franchise Tax Board,    Special Procedures,    PO Box 2952,
                Sacramento CA 95812-2952
20590510       TAKUYA KAGIYAMA,    5-13-7-101 SENDAGAYA SHIBUYA-KU,    TOKYO 150-0051,    JAPAN
19913063      +TESOROS TRADING COMPANY,    506 BAYLOR STREET,    AUSTIN TX 78703-5323
20590512       THE APPAREL LAB,    2225 CHABANEL ST WEST,    MONTREAL QUEBEC H2N 2C9,    CANADA
20590513      +THE BEANSTALK GROUP,    28 EAST 28TH ST,    NEW YORK NY 10016-7939
19913064       THE CIT GROUP COMMERICAL SERV,    PO BOX 1036,    CHARLOTTE NC 28201-1036
20590514       THE CITIGROUP/COMMERICAL SERV,    PO BOX 1036,    CHARLOTTE NC 28201-1036
19913065      +THE LIBRARY SHOWROOM,    23233 MAPLE ST,    NEWHALL CA 91321-3518
20590515       THE MEJK APPAREL LAB INC,    2225 CHABANEL STREET WEST,    MONTREAL QUEBEC H2N 2C9,    CANADA
19913066      +THE SARUT GROUP,    PO BOX 110495,    BROOKLYN NY 11211-0495
19913067      +THE WC RUSSELL MOCCASIN CO,    285 SW FRANKLIN STREET,    BERLIN WI 54923-1751
20590516       THOMAS MARECKI/LODOWN,    ORANIENSTRASSE 183,    1099 BERLIN,    GERMANY
20590517      +THROWING STONES DISTRIBUTION CORP,    ATTENTION DAVE DENIS,    16 MANHATTAN AVE 1F,
                BROOKLYN NY 11206-3957
20590518       TIFFANY MALAKOOTI,    DQ-05 24700 MCBEAN PARKWAY,    VALENCIA CA 91355
19913068      +TOKENS AND COINS INC,    748 ARLINGTON AVENUE,    BERKELEY CA 94707-1634
20590519       TOM BELL,    2A EDWIN STREET DAY BROOK,    NOTTINGHAM,    NOTTINGHAMSHIRE NG5 6AZ UK
20590520      +TOM SACHS ALLIED CULTURAL PROSTHET,    ATTENTION CASEY NEISTAT,    245 CENTRE ST,
                NEW YORK NY 10013-3214
20590521       TOMOO GOKITA,    5-64-4 KOKURYO-MACHI CHOFUSHI,    TOKYO 182-0022,    JAPAN
19913070       TOPPERS LLC,    PO BOX 403784,    ATLANTA GA 30384-3784
19913071      +TOSHIAKI FUJITA,    1653 BRYN MAWR AVE,    SANTA MONICA CA 90405-5834
19913014     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: LEXUS FINANCIAL SERVICES,      PO BOX 60114,
                CITY OF INDUSTRY CA 91706-7050)
20590522       TSUYOSHI HIROOKA,    3-17-7-124 SETAGAYA SETAGAYA-KU,    TOKYO 154-0017,    JAPAN
19978175      +The CIT Group/Commercial Services Inc.,    11 West 42nd Street,    New York, NY 10036-8002
23932575      +The Freida Sando Grimm Trust,    Gilbert Grimm, Trustee,    POB 3601,    Knoxville TN 37927-3601
20729641      +Two's Company Inc.,    c/o Coast To Coast Collectors Inc,    366 N Braodway,
                Jericho, NY 11753-2025
19913073      +ULINE,    2200 S LAKESIDE DRIVE,    WAUKEGAN IL 60085-8311
```

```
District/off: 0973-1          User: jwilliams            Page 5 of 6                  Date Rcvd: Jul 26, 2011
                              Form ID: pdf001            Total Noticed: 313

19913074     UPS,   PO BOX 894820,   LOS ANGELES CA  90189-4820
19913075     URBAN OUTFITTERS WHOLESALE INC,   5000 SOUTH BROAD ST,   PHILADELPHIA PA  19112-1495
19913076    +US INTERNET,   PO BOX 1070,   SANTA MONICA CA 90406-1070
19913077    +US RAGS,   1866 169TH ST UNIT L,   GARDENA CA 90247-5231
20590523     VANSKAP/TEEMU VAATAINEN,   SWINEMUNDER STRASSE 121,    10435 BERLIN,   GERMANY
20590524    +VAULT 49 LTD,   ATTN JONATHAN KENYON AND JOHN GLASG,   161 LUDLOW ST 5,   NEW YORK NY 10002-1515
20590525     VOTEL,   6 FLEET ST,   HYDE CHESHIRE SK143 2LF,    U K
19913078    +WATERSHIP TRADING COMPANIE INC,   3924 IRONGATE RD SUITE C,   BELLINGHAM WA 98226-9190
20590526     WATSON,   THE WORKHOUSE 31 CHARLOTTE,   BRANCH PLACE,   LONDON N1 5PH UK
19913079    +WHITE BOOTS,   4002 E FERRY AVE,   SPOKANE WA 99202-4646
20590527    +WILLIAM MCMULLEN,   118 WOOSTER STREET 6A,   NEW YORK NY 10012-3863
20590528     WONDERFUL DESIGN WORKS,   RIKIYA KATO,   2-40-4 CHITOSE-DAI SETAGAYA-KU,   TOKYO 157-0071 JAPAN
20590529     WORK ADVERTISING PTE LTD/THESEUS,   BLOCK 113 BUKIT MERAH VIEW 01-540,   150113,   SINGAPORE
20590530    +WYETH HANSEN,   303 DOUGLAS ST 4,   BROOKLYN NY 11217-4506
19913080     YO SHITARA,   4-16-12 KITASHINJUKU,   SHINJUKU-KU TOKYO JAPAN
20590532    +YO UMEDA/KALIFORNIA REPUBLIK,   250 GRAND AVE 14,   OAKLAND CA 94610-4715
20590533    +YOKO ONO LENNON/PETER S SHUKAT,   C/O SHUKAT ARROW HAFER AND WEBER L,   111 WEST 57TH ST,
              NEW YORK NY 10019-2211
20590534     YOSHITOMO NARA,   C/O TOMIO KOYAMA GALLERY,   1-3-2-7F KIYOSUMI KOTO-KU,   TOKYO 135-0024 JAPAN
20590535     YUSAKU HANAKUMA,   1-40-9 EAST GARDEN 404,   SASAZUKA SHIBUYA-KU,   TOKYO 151-0073 JAPAN
19913082    +ZT VENTURES LLC,   C/O WILLIAM GREEN AND CO,   55 KATONAH AVENUE,   KATONAR NY 10536-2103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: itcdbg@edd.ca.gov Jul 27 2011 02:39:23     Employment Development Dept.,
              Bankruptcy Group MIC 92E,   P. O. Box 826880,   Sacramento, CA  94280-0001
19912935      E-mail/Text: bkr@cardworks.com Jul 27 2011 02:27:57     ADVANTA CREDIT CARD,   PO BOX 8088,
              PHILADELPHIA PA  19101-8088
19912967      E-mail/Text: bankruptcy.cr.dept@dhl.com Jul 27 2011 02:28:26     DHL EXPRESS USA INC,
              PO BOX 840032,   DALLAS TX  75284-0032
20361605      E-mail/Text: itcdbg@edd.ca.gov Jul 27 2011 02:39:23     Employment Devel Dept,
              Bankrutpcy Group MIC 92E,   POB 826880,   Sacramento CA 94280-0001
20067485      E-mail/Text: cio.bncmail@irs.gov Jul 27 2011 02:27:35     Internal Revenue Service,
              300 N. Los Angeles, St. Room 4062,   Stop 5022,   Los Angeles, CA 90012
19913052     +E-mail/Text: maarten@richfrog.com Jul 27 2011 02:28:27     RICH FROG INDUSTRIES,
              1 MILL STREET 216,   BURLINGTON VT 05401-1535
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Beams Co LLC
cr           DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC
cr           Employment Development Dept,   None
cr           GENERAL MOTORS ACCEPTANCE CORPORATION
cr           New Fashion Products Inc
20590360     ADAM HAYES,   7 VEDA ROAD,   LONDON SE13 7JQ
20590361     ADRIAN JOHNSON LTD,   3RD FL 67 FARRINGDON ROAD,   LONDON EC1M 3JB
20590363     AL MURPHY,   20 HILLCREST AVE NETHER POPPLETON,   YORK Y026 6LD LONDON N6 5TH
20590366     AMOS NOVELTIES LIMITED,   4TH FLOOR NORTHGATE HOUSE,   2-8 SCRUTTON STREET LONDON EC2A 4
20590367     ANDREW WREN,   97A SHAKESPEARE WALD,   STOKE NEWINGTON LONDON N16 8TB
20590370     ANTONIO JOAO SALOMONE DE PAIVA,   RUA OLIVEIRA ROCHA 15/101,   JARDIM BOTANICO  22461-070
20590380     BARNBROOK DESIGN/ELLE KAWANO,   STUDIO 12 10-11 ARCHER STREET,   LONDON W1D 7AZ
20590385     BREED/OLIVIA TRIGGS,   1ST FLOOR MEDIUS HOUSE,   2 SHERATON ST SOHO LONDON W1F 8B
20590395     CHRISSIE ABBOTT,   FLAT 6 ANTON STUDIOS,   2-8 ANTON ST HACKNEY DOWNS E8 2A
20590401     DAVID SHRIGLEY,   2 KEW TERRACE,   GLASGOW G12 0TD
20590412     FRENCH/RICHARD SAYER,   FLAT 2 8 QUADRANT RD,   THOMTON HEATH SURREY CR7 7DA
20590426     JASON PRATT/JAKE/DETONATOR,   1ST FL 73-75 ALDGATE HIGH ST,   LONDON EC3N 1BD
20590432     JULIAN MOREY,   BUILDINGS,   DUFFERIN ST LONDON EC1Y 8SA
20590441     KERSTI BERGSTROM/ZOMBIE FLESH EATER,   337 LATIMER ROAD,   LONDON W10 6RA
20590464     MATT DUCKETT/NICE DESIGN,   11 HUGO ROAD,   LONDON N19 5EU
20590480     NICKY PLACE/STUDIO BUILD,   STUDIO 112/HILTON GROVE,   12-15 HATHERLEY MEWS LONDON E17 4
20590481     OLIVER TWISTED/MEIRION LE ROY EDWAR,   29 LEXINGTON ROAD,   CHADDESDEN DERBY DE21 6UX
20590456     PARIS FRANCE
20590489     PRACTISE/JAMES GOGGIN,   STUDIO 2A 18-24 SHACKLEWELL LANE,   LONDON E8 2EZ
20590492     RAW DISTRIBUTION,   ABBY CORNLIEUS UNIT 3,   19-23 KINGLAND ROAD,   LONDON E2 8AA
20590371     RIO DE JANEIRO RJ BRAZIL
20590502     SHYNOLA/RICHARD KENWORTHY,   29 LONDON LANE,   LONDON E8 3PR
20590503     SIDNEY OKUDZETO -- FINISHSHOWROOM,   51 HOXTON SQUARE,   LONDON N1 6PB
cr*          American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
cr*         +Harry's Dye & Wash,   Law Offices of Dale J Park,   3345 Wilshire Blvd Ste 810,
              Los Angeles, CA 90010-1819
cr*         +LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR,   PO BOX 54110,   LOS ANGELES, CA 90054-0110
20341919*    American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
22949403*    Chase Bank USA NA,   PO BOX 15145,   Wilmington DE 19850-5145
20115533*    Mike and Chris,   834 S Broadway 2nd Fl,   Los Angeles CA 90014-3501
20590364   ##+ALEX ARANOVICH,   1650 OAKDALE ST,   PASADENA CA 91106-3555
20590373   ##+ARI MARCOPOULOS,   2305 GROVE ST,   SONOMA CA 95476-6033
20590377   ##+ASIF MIAN,   31-37 33RD ST APT 3F,   ASTORIA NY 11106-2024
19912944   ##AT&T,   PO BOX 78522,   PHOENIX AZ  85062-8522
20590378   ##+AUTOMATIC ART AND DESIGN,   ATTENTION CHARLES WILKIN,   63 DEVOE ST 2 WILLIAMSBURG,
              BROOKLYN NY 11211-3654
19912946   ##+BAKER STUDIOS INC,   PO BOX 556,   AMSTERDAM NY 12010-0556
```

```
District/off: 0973-1           User: jwilliams              Page 6 of 6                    Date Rcvd: Jul 26, 2011
                               Form ID: pdf001             Total Noticed: 313

              ***** BYPASSED RECIPIENTS (continued) *****
20590383      ##+BENJAMIN J LOIZ,    5408 RUSSELL AVE 5,    LOS ANGELES CA 90027-3540
20590396      ##+CODY HUDSON,    STRUGGLE INC,    629 W CERMAK SUITE 410,    CHICAGO IL 60616-4905
20590402      ##+DEANNE CHEUK,    152 LUDLOW ST 2C,    NEW YORK NY 10002-2291
19912966      ##+DEUX LUX INC,    843 LOS ANGELES ST 501,    LOS ANGELES CA 90014-3343
19912975      ##+FINANCE ONE INC,    PO BOX 92368,    LOS ANGELES CA 90009-2368
19912973      ##+FTC FUNTRAP INC,    10746 FRANCIS PLACE 331,    LOS ANGELES CA 90034-7722
20590414      ##+GENERIC COSTUME,    KEVIN CARNET,    4525 COCKERHAM DR,    LOS ANGELES CA 90027-1223
20590416      ##+GIL BLANK,    1117 17TH ST STUDIO B,    SANTA MONICA CA 90403-5543
19912992      ##+HANDMADE EXPRESSIONS,    1720 WELLS BRANCH PKWY ST 3305,    AUSTIN TX 78728-7074
20590428      ##+JEFF CANHAM,    323 GUERRERO ST,    SAN FRANCISCO CA 94103-3331
19913005      ##+K ROQUE,    334 TROUSDALE DRIVE,    CHULA VISTA CA 91910-1016
19913007      ##+KATSUTOSHI FUKUSHIMA,    1625 DEWEY ST,    SANTA MONICA CA 90405-5854
20590439      ##+KELLY D WILLIAMS,    26545 CAMINO DE VISTA SUITE N,    SAN JUAN CAPISTRANO CA 92675-5148
20590462      ##+MARK OWENS,    11515 NEBRASKA AVE,    LOS ANGELES CA 90025-4105
20590467      ##+MICHAEL PERRY,    341 PROSPECT PLACE 4R,    BROOKLYN NY 11238-4069
20590470       ##MIKE PARE,    680 HUMBOLDT ST,    BROOKLYN NY 11222-4103
20590471      ##+MIN KIM,    5-32 47TH ROAD,    LONG ISLAND CITY NY 11101-5542
19913038      ##+ONLINE LABELSCOM,    925 FLORIDA CENTRAL PARKWAY,    LONGWOOD FL 32750-7586
20590487      ##+PETER COFFIN,    76 HURON STREET 4R,    BROOKLYN NY 11222-1322
19913043      ##+PRINTING PLUS,    217 SOUTH ROBERTSON BLVD,    BEVERLY HILLS CA 90211-2810
19913050      ##+REBECCA MINKOFF,    340 E 18TH STREET B,    NEW YORK NY 10003-2831
20590496      ##+RORY WILSON,    2102 N VERMONT AVE 2,    LOS ANGELES CA 90027-1960
19913059      ##+SPITFIRE SUNGLASS DESIGN,    1133 W CORNELIA AVE A,    CHICAGO IL 60657-1553
20590511      ##+TAUBA AUERBACH,    486 WALLER ST,    SAN FRANCISCO CA 94117-3448
19913069       ##TOPPERS LLC,    PO BOX 561,    1450 GRANDVIEW AVENUE,    THOROFARE NJ 08086-0561
19913072       ##TRANSACTION FUNDING INC,    PO BOX 515066,    LOS ANGELES CA 90051-5066
19913081      ##+YOSHIAKI KATO,    24394 CRESTVIEW DR,    NEWHALL CA 91321-3547
                                                                                        TOTALS: 28, * 6, ## 33
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 28, 2011**                    **Signature:**    _/s/ Joseph Speetjens_

DAVID SEROR, SBN 67488
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367
TEL (818) 827-9000
FAX (818) 936-0624
EMAIL: dseror@ebg-law.com

UNITED STATES BANKRUPTCY COURT
CENTRAL  DISTRICT OF  CALIFORNIA
SAN FERNANDO VALLEY  DIVISION

In re:                                              §
                                                    §
PACIFIC MARKETING WORKS INC        §        Case No. 1:08-bk-11036-MT
                                                    §
        Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID SEROR, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        UNITED STATES BANKRUPTCY COURT
        21041 BURBANK BLVD
        WOODLAND HILLS, CA 91367

    A hearing on the Trustee's Final Report and Applications for Compensation will be held at 11:00 a.m. on August 24, 2011 in Courtroom 302, United States Bankruptcy Court, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1(f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the trustee, any party whose application is being challenged and the United States Trustee.  Untimely objections may be deemed waived.  In the absence of a timely objection by the United States Trustee or other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered.  See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 07/25/2011                    By: s/_____
                                                            Clerk of Court

UST Form 101-7-NFR (10/1/2010) (Page: 1)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

In re: §
 §
PACIFIC MARKETING WORKS INC § Case No. 1:08-bk-11036-MT
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,316.43 |
| and approved disbursements of | $ | 18.33 |
| leaving a balance on hand of[1] | $ | 6,298.10 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: DAVID SEROR | $ 1,381.64 | $ 0.00 | $ 1,381.64 |
| Trustee Expenses: DAVID SEROR | $ 84.40 | $ 0.00 | $ 84.40 |
| Fees: OFFICE OF THE UNITED STATES TRUSTEE | $ 2,275.00 | $ 0.00 | $ 2,275.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $  3,741.04 |
| Remaining Balance | $  2,557.06 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: City of Los Angeles | $ 7,184.80 | $ 0.00 | $ 1,989.18 |
| Other: FRANCHISE TAX BOARD | $ 800.00 | $ 0.00 | $ 221.49 |
| Other: LA County Treasurer & Tax Coll | $ 398.36 | $ 0.00 | $ 110.29 |
| Other: State of California | $ 852.79 | $ 0.00 | $ 236.10 |

Total to be paid for prior chapter administrative expenses       $         2,557.06

Remaining Balance       $         0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 581.21 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000032B | Internal Revenue Service | $ 581.21 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors       $         0.00

Remaining Balance       $         0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/DAVID SEROR
TRUSTEE

*DAVID SEROR*
*21650 OXNARD STREET, SUITE 500*
*WOODLAND HILLS, CA 91367*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*