80160-68
**DAVID SEROR, SBN 67488**
**21650 OXNARD STREET, SUITE 500**
**WOODLAND HILLS, CA 91367**
**TEL (818) 827-9200**
**FAX (818) 936-0624**
**EMAIL: dseror@ebg-law.com**

**Chapter 7 Trustee**

**FILED & ENTERED**

**SEP 02 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY espino    DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>PACIFIC MARKETING WORKS INC,<br><br><br>Debtor(s). | Case No. 1:08-bk-11036-MT<br>[Chapter 7]<br><br>ORDER ALLOWING ADMINISTRATIVE CLAIMS, PROFESSIONAL FEES AND EXPENSES, TRUSTEE'S FEES AND EXPENSES |

A.    MISCELLANEOUS COURT COSTS AND FEES:

| | | | |
|---|---|---|---|
| COMPLAINTS | $  0.00 | SEARCH FEE | $  0.00 |
| NOTICES | $  0.00 | PHOTOCOPIES | $  0.00 |
| CERTIFICATION | $  0.00 | CLAIMS IN EXCESS OF 10 | $  0.00 |

| | |
|---|---|
| SUBTOTAL OF COURT COSTS | $  0.00 |
| UNITED STATES TRUSTEE FEES | $  2,275.00 |
| TOTAL MISCELLANEOUS FEES ALLOWED | $  2,275.00 |

///

///

///

-1-

| | TOTAL FINAL REQUEST | TOTAL ALLOWED | PAID-TO-DATE | REMAINING TO BE PAID |
|---|---|---|---|---|
| **B. PROFESSIONAL FEES AND EXPENSES:** | | | | |
| **C. TRUSTEE FEES AND EXPENSES** | | | | |
| <u>DAVID SEROR,</u> CH 7 TRUSTEE | | | | |
| FEES: | $ 1,381.63 | $ | $ 0.00 | $ |
| EXPENSES: | $ 84.40 | $ | $ 0.00 | $ |
| BOND: | $ 18.33 | $ | $ 18.33 | $ |
| TAXES: | $ 0.00 | $ | $ 0.00 | $ |

If the final dividend to creditors is the ***same or higher*** than proposed in the Trustee's Final Report, the Trustee shall immediately proceed with the final distribution to creditors and professionals. If the final dividend to creditors is ***less than*** that which was proposed in the Trustee's Final Report, the Trustee shall submit forthwith to the United States Trustee an AMENDED TRUSTEE'S REPORT OF DISTRIBUTIONS AND DIVIDEND PAYMENTS within 30 days of the entry of this order by the Court. Within 14 days the United States Trustee will review the proposed distribution and notify the trustee to proceed with the final distribution to creditors and professionals. The distribution to creditors and professionals shall occur at the same time and no later than 90 days of the entry of this order.

#######

*[signature: Maureen A. Tighe]*

DATED: September 2, 2011    _____
United States Bankruptcy Judge

-2-

| In re | CHAPTER 7 |
|---|---|
| PACIFIC MARKETING WORKS INC, | |
| | CASE NO.: 1:08-bk-11036-MT |
| Debtor(s). | |

**NOTE TO USERS OF THIS FORM:**
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ALLOWING ADMINISTRATIVE CLAIMS, PROFESSIONAL FEES AND EXPENSES, TRUSTEE'S FEES AND EXPENSES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA), Ustpregion16.wh.ecf@usdoj.gov
David Seror, serortrustee@ecjlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) as indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

F 9021-1.1

*January 2009*

| In re<br>PACIFIC MARKETING WORKS INC,<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 1:08-bk-11036-MT |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* F 9021-1.1