```
PAUL M. BRENT, ESQ. - SBN 125976    (SPACE BELOW FOR FILING STAMP ONLY)
STEINBERG, NUTTER & BRENT
LAW CORPORATION
23801 CALABASAS ROAD, SUITE 2031
CALABASAS, CALIFORNIA 91302
TELEPHONE (818) 876-8535; (310) 451-9714
FACSIMILE (818) 876-8536; (310) 451-0929
```

**FILED & ENTERED**

SEP 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY remy     DEPUTY CLERK

*Former Attorneys For*: Former Debtor-in-Possession, Pacific Marketing Works, Inc.

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br>Pacific Marketing Works, Inc.<br><br>Debtor | Case No. SV08-11036 MT<br>Chapter 7<br><br>**ORDER APPROVING STIPULATED MOTION AND NO OBJECTION FROM CHAPTER 7 TRUSTEE TO ENTRY OF ORDER ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION AND ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION**<br>         HEARING<br>DATE: August 24, 2011<br>TIME: 11:00 a.m.<br>PLACE Judge Tighe's Courtroom |

On August 24, 2011, in Judge Tighe's Courtroom of the United States Bankruptcy Court located at 21041 Burbank Blvd., Woodland Hills, CA 91367, the Chapter 7 Trustee's Final Report and Applications for Compensation ("FRAC") Motion came on regularly for hearing. Appearances were as noted on the record.

- 1

At the hearing the Court was apprised that former counsel for the debtor, Steinberg, Nutter & Brent, Law Corp. (SNB) had not been apprised of a deadline to file final requests for compensation.

Upon being provided that information and realizing that SNB was entitled to request approval for fees and costs and in order to satisfy concerns of due process and allow the Case to be closed the Court allowed for the following:

a. Provided that the Chapter 7 Trustee had the opportunity to review SNB's billing statements and any other documentation he seeks relative to the same and attests to a lack of objection thereto the Court will allow for the entry of an order approving, as final compensation, the sum of $100,000, *in toto*, for services rendered in the instant case (as well as the companion case of Habitual, LLC, SV08-11038 MT, in which a separate order is being entered).[1]

As a result SNB and the Chapter 7 Trustee entered into a **STIPULATED MOTION AND NO OBJECTION FROM CHAPTER 7 TRUSTEE TO ENTRY OF ORDER ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION,** which has been filed with the Court and reflects that the Chapter 7 Trustee has had the opportunity to review SNB's billing statements and any other documentation he seeks relative to the same and has no objection to the same.

---

[1] The parties acknowledge that SNB contends that it is owed an amount greater than $100,000 and should the case ever be re-opened and/or other assets located and administered, this stipulation is without prejudice to whatever rights SNB has to obtain additional monies (should they become available).

The Court having considered the Stipulated Motion and finding that Notice of the Motion and Due Process being appropriate under the circumstances and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that the Stipulated Motion is GRANTED in its entirety and that SNB is and may be paid forthwith from funds being held in its trust account in the sum of $100,000 as final compensation in this and the companion case of Habitual, LLC.

###

DATED: September 7, 2011

_____
United States Bankruptcy Judge

- 3

**PROOF OF SERVICE**

I, Paul M. Brent, am an employee in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to the within action. My business address is 23801 Calabasas Road, Suite 2031, Calabasas, California 91302. The foregoing document described as
**STIPULATED MOTION AND NO OBJECTION FROM CHAPTER 7 TRUSTEE TO ENTRY OF ORDER ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION AND ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION**

**ORDER APPROVING STIPULATED MOTION AND NO OBJECTION FROM CHAPTER 7 TRUSTEE TO ENTRY OF ORDER ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION AND ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION**

was served in the manner indicated below:
I.**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On **August 30, 2011** I checked the CM/ECF docket for this bankruptcy case and determined that at least the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

(By Mail and/or email) I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. Executed on **August 30, 2011** at Calabasas, California.
    United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov
D. Seror, dseror@ebg-law.com
P.M. Brent, SNB300@aol.com

**Judge**
Honorable Maureen Tighe

- 4 -

1 | United States Bankruptcy Court - Central District of California
2 | 21041 Burbank Boulevard,
   | Woodland Hills, CA 91367
3 |
4 |     I declare under penalty of perjury under the laws of the
5 | United States of America that the foregoing is true and correct.
6 |
7 | 8/30/2011    Paul M. Brent            /s/ Paul M. Brent

**NOTICE OF ENTERED OREDER AND SERVICE LIST FOR ENTERED ORDER**

Notice is given by the Court that an order entitled **ORDER APPROVING STIPULATED MOTION AND NO OBJECTION FROM CHAPTER 7 TRUSTEE TO ENTRY OF ORDER ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION AND ALLOWING FINAL COMPENSATION TO STEINBERG, NUTTER & BRENT, LAW CORPORATION** was entered on the date indicated as "Entered" on the first page of this order and will be served in the manner indicated below.

I.**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document will be served by the Court via NEF and hyperlink to the document. On **August 30, 2011** I checked the CM/ECF docket for this bankruptcy case and determined that at least the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

United States Trustee (SV), ustpregion16.wh.ecf@usdoj.gov

P.M. Brent, SNB300@aol.com

D. Seror, dseror@ebg-law.com